IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DANA MCROBERTS,<br><br>       Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration<br><br>       Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:14-cv-11 CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

   This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). An Administrative Law Judge concluded that Mr. McRoberts became disabled on August 16, 2011. Mr. McRoberts contends his disability had an onset date of April 2, 2009. He appeals the final agency decision of the Commissioner.

   On February 27, 2015, Judge Furse issued a Report and Recommendation, recommending that the Commissioner's decision be affirmed. Plaintiff filed no objection to the Report and Recommendation. Having reviewed the record, the court hereby APPROVES AND ADOPTS Judge Furse's Report and Recommendation in its entirety. Accordingly, this case is dismissed. Each party shall bear one's own costs.

-2-

SO ORDERED this 22nd day of April, 2015.

                                        BY THE COURT:

                                        _____
                                        Clark Waddoups
                                        United States District Judge